# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WALTER MCDONALD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 18-0068-CG-B |
| ) | |
| BAHAM BOB'S BEACHSIDE CAFE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated July 17, 2018, is **ADOPTED** as the opinion of this Court.

Attorney Jeremiah Talbott's Motion to Withdraw (Doc. 17) is **GRANTED**, and Plaintiff, Walter McDonald's, claims are hereby **DISMISSED** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE and ORDERED** this 14th day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE