# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| WALTER MCDONALD, | ) |
| --- | --- |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 18-0068-CG-B |
| BAHAM BOB'S BEACHSIDE CAFE, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims are hereby **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 14th day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE